
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 699 | **DATE** | 10/17/2001 |
| **CASE TITLE** | Kenneth Bockwoldt, Jr. Vs. Officer Daniel J. Cheney | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff has moved for a new trial, for judgment notwithstanding the verdict, and additional time for supporting memorandum. With one exception we deny the motions for a new trial or for judgment. While we note that plaintiff raised no objection at the time, we think he is at least entitled to support his position with a memorandum. That should be filed by October 30, 2001. Defendant may respond by November 9, 2001.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT 1 8 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | cm | 53 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 01 OCT 17 PM 2:30 mailed notice | |
| WAH | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


DOCKETED
OCT 18 2001

KENNETH BOCKWOLDT, JR.,                )
                                        )
            Plaintiff,                  )
                                        )
        vs.                             )   No. 98 C 699
                                        )
OFFICER DANIEL J. CHENEY,               )
individually,                           )
                                        )
            Defendant.                  )

## MEMORANDUM OPINION AND ORDER

Plaintiff has moved for a new trial, for judgment notwithstanding the verdict (now judgment as a matter of law; see Fed.R.Civ.P. 50), and additional time for supporting memorandum. With one exception we deny the motions for a new trial or for judgment. Defendant's expert provided an ample basis for the verdict. We are troubled, however, by the remark the court made prior to repeating a jury instruction to the jury. While we note that plaintiff raised no objection at the time, we think he is at least entitled to support his position with a memorandum. That should be filed by October 30, 2001. Defendant may respond by November 9, 2001.

JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 17, 2001.